AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

FILED
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DESHAUNIS D DARLING
Plaintiff

V.

C.M.S. Thomas Carrol Carl Dansberg
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-683

I, DESHAUNIS DARLING, declare that I am the (check appropriate box)

(•) Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  (•) Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delawares Correctional Center

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? YES  Do you receive any payment from the institution? YES

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  (•) Yes   • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       • • Yes    • • No
   b. Rent payments, interest or dividends                • • Yes    • • No
   c. Pensions, annuities or life insurance payments      • • Yes    • • No
   d. Disability or workers compensation payments         • • Yes    • • No
   e. Gifts or inheritances                               (•) Yes    • • No
   f. Any other sources                                   • • Yes    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   What ever that my friends or family can spare.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO:  Mrs. Tonya Smith
     Support Services Manager
     Delaware Correctional Center
     Smyrna, Delaware  19977

DATE: _____, 2007

FROM:  _Deshaune D. Darling Sr._     229896
       Inmate Name  (Please Print Name)     SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

_Deshaune P. Darling Sr._
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)