10-29-07

Dear Clerk of the Court,                    07-683

    My name is Deshaune D. Darling Sr. and I want to know if I have a civil suit case number in your court. I think that my civil complaint have not made it to your court. Please let me know if it did or not.

FILED
OCT 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

Sincerely,
Mr. Deshaune D. Darling Sr.

IM Deshawn D. Darling Sr.
SBI# 279896    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 OCT 2007 PM 2 L

Legal Mail

Clerk
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, DE 19801