OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 1, 2007

TO:  Deshaune Darling
     SBI# 229896
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:  Status of 07-683*

Dear Mr. Darling:

   This office received a letter from you requesting the status of your case. Your case is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


enc: Docket Sheet