07-683

## Individual Statement
### From May 2007 to November 2007

Date Printed: 11/18/2007   Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00229896 | Darling | Deshawne | | |

Current Location: D/E

Beginning Month Balance: $30.07
Ending Month Balance: $0.07

Comments: PD Scanned

FILED NOV 26 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/1/2007 | ($28.46) | $0.00 | $0.00 | $1.61 | 422420 | | | |
| Mail | 5/25/2007 | $25.00 | $0.00 | $0.00 | $26.61 | 433003 | 10027884541 | | P DARLING |
| Canteen | 6/6/2007 | ($26.21) | $0.00 | $0.00 | $0.40 | 439690 | | | |
| Mail | 6/7/2007 | $20.00 | $0.00 | $0.00 | $20.40 | 440503 | 9279008712 | | T SHORT |
| Canteen | 6/12/2007 | ($20.33) | $0.00 | $0.00 | $0.07 | 441327 | | | |
| Visit | 6/18/2007 | $30.00 | $0.00 | $0.00 | $30.07 | 444303 | 100573381391-01174 | | P DARLING |
| Canteen | 6/19/2007 | ($29.89) | $0.00 | $0.00 | $0.18 | 444937 | | | |
| Medical | 6/21/2007 | $0.00 | ($4.00) | $0.00 | $0.18 | 446375 | | 6/15/07 | |
| Medical | 6/21/2007 | ($0.18) | ($3.82) | $0.00 | $0.00 | 446519 | | 6/15/07 | |
| Wage-1099 | 7/2/2007 | $14.40 | $0.00 | $0.00 | $14.40 | 450496 | | B ANNEX 5/24-6/23/0 | |
| Canteen | 7/3/2007 | ($10.26) | $0.00 | $0.00 | $4.14 | 451300 | | | |
| Medical | 7/6/2007 | ($3.82) | $0.00 | $0.00 | $0.32 | 453351 | | 6/15/07 | |
| Wage-1099 | 8/1/2007 | $11.04 | $0.00 | $0.00 | $11.36 | 463039 | | B ANNEX 13 6/24-7/2 | |
| Pay-To | 8/1/2007 | ($10.00) | $0.00 | $0.00 | $1.36 | 463582 | | PRISON INDUSTRIES | |
| Visit | 8/1/2007 | $40.00 | $0.00 | $0.00 | $41.36 | 463881 | 100573375666-02471 | | P DARLING |
| Canteen | 8/1/2007 | ($1.25) | $0.00 | $0.00 | $40.11 | 464556 | | | |
| Canteen | 8/7/2007 | ($14.92) | $0.00 | $0.00 | $25.19 | 467248 | | | |
| Supplies-MailPosta | 8/10/2007 | $0.00 | $0.00 | ($0.75) | $25.19 | 470020 | | 7/11/07 | |
| Supplies-MailPosta | 8/10/2007 | ($0.75) | $0.00 | $0.00 | $24.44 | 470464 | | 7/11/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.13) | $24.44 | 473468 | | 8/3/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.13) | $0.00 | $0.00 | $22.31 | 473775 | | 8/3/07 | |
| Canteen | 8/21/2007 | ($13.00) | $0.00 | $0.00 | $9.31 | 474828 | | | |
| Mail | 8/31/2007 | $40.00 | $0.00 | $0.00 | $49.31 | 479805 | 10057338085 | | P DARLING |
| Canteen | 9/4/2007 | ($8.93) | $0.00 | $0.00 | $40.38 | 481908 | | | |
| Canteen | 9/12/2007 | ($15.37) | $0.00 | $0.00 | $25.01 | 485679 | | | |
| Pay-To | 9/14/2007 | ($25.00) | $0.00 | $0.00 | $0.01 | 486557 | | PRISON INDUSTRIES | |
| Mail | 10/3/2007 | $20.00 | $0.00 | $0.00 | $20.01 | 495398 | 10027892186 | | P DARLING |
| Canteen | 10/10/2007 | ($19.99) | $0.00 | $0.00 | $0.02 | 498137 | | | |
| Mail | 10/24/2007 | $70.00 | $0.00 | $0.00 | $70.02 | 504954 | 0504534789 | | P DARLING |
| Canteen | 10/31/2007 | ($57.81) | $0.00 | $0.00 | $12.21 | 507261 | | | |
| Canteen | 11/14/2007 | ($12.14) | $0.00 | $0.00 | $0.07 | 513793 | | | |