

ORIGINAL

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) _DESHAUNE D. DARLING_                    :
  (Name of Plaintiff)          (Inmate Number)   :
                                                  :
_1181 PADDOCK RD SMYRNA DE 19977_         :
  (Complete Address with zip code)              :
                                                  :
                                                  :
(2)_____     : _1:07-CV-683  6MS_
  (Name of Plaintiff)          (Inmate Number)   :      (Case Number)
                                                  : ( to be assigned by U.S. District Court)
                                                  :
_____                :
  (Complete Address with zip code)              :
                                                  :
(Each named party must be listed, and all names  :
must be printed or typed. Use additional sheets if needed)  :     _Amended_
                                                  : **CIVIL  COMPLAINT**
              vs.                                 :
                                                  :
(1)_Carl Danberg, Thomas Carroll,_           :
                                                  :
(2)_Correctional Medical Service,_           :
                                                  :     • • Jury Trial Requested
(3)_Richard P. Dushuttle M.D, David Pierce_  :
  (Names of Defendants)                           :     **FILED**
                                                  :
(Each named party must be listed, and all names  :     NOV 26 2007
must be printed or typed. Use additional sheets if needed)  :
                                                  :     U.S. DISTRICT COURT
                                                  :     DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

  A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  _None_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal conrt, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   • (Yes) • •No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   • (Yes) • •No

C.   If your answer to "B" is Yes:

1. What steps did you take? Filed numerous Grievances the filing numbers are 109727, 111604, 117323,,, (more filed)

2. What was the result? No Resolution

D.   If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Carl Danberg

Employed as Commisioner at DE Dept of Corrections

Mailing address with zip code: 245 McKee RD, Dover DE 19904

(2) Name of second defendant: Thomas Carroll

Employed as Warden at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock RD, Smyrna DE 19977

(3) Name of third defendant: Correctional Medical Services (Provider)

Employed as (Provider) at Delaware Correctional Center

Mailing address with zip code: Suite 101 Dover, DE 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## DEFENDANTS

(4) Name of Fourth defendant: Richard P. DuShuttle M.D.
Employed as Orthopedic Consultant/Doctor at D.C.C
Mailing address with zip code: 240 Beiser Blvd. Dover, DE. 19901

(5) Name of 5th defendant: David Pierce
Employed as Deputy Warden at D.C.C
Mailing address with zip code: 1181 Paddock RD. Smyrna DE
19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 4-4-07 Plaintiff broke his right hand at DCC and was taken to Kent General Hospital Emergency Room. The attending Doctor examined the injury and Informed C.M.S. that the Plaintiff's right hand was fractured, and instructed C.M.S to make an

2. appointment for the Plaintiff to be seen by an Orthopedic Surgeon to have the "Fracture set and hard casted." The Administration and C.M.S "Delayed in getting the Plaintiff to an Orthopedic Surgeon. The Delay was 13 weeks late." The

3. average broken bone heals within 5 to 6 weeks.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Monatary Componsatory damages, Nominal damages, and Punitive damages to be determined by Jury for Pain and suffering, and ongoing disability. All medical expense Past Present and future to be Paid for by Defendants Including Transportation Loss of work Etc. Plaintiff be given opportunity to Have a Doctor of his choice "in state" to repair his hand.

## Statement of Claim

On 6-20-07 the Plaintiff was taken to be seen by Doctor Richard P. DuShuttle. Doctor DuShuttle took an x-ray of the Plaintiff's injuried right hand and said that the x-ray showed that "the Fracture had healed on it's own," and that he was not going to rebreak and set the Plaintiff's right hand. "He chose an easier and less efficacious treatment plan which was Physical Therapy." The Administration and C.M.S. did not follow through with Doctor DuShuttle's treatment plan. The defendant's "delay and neglect" to treat Plaintiff's injury caused substantial harm; which is unnecessarily prolonged pain and suffering and a deformed right hand. The defendant's were deliberately indifferent to Plaintiff's serious medical needs, by failing to provide adequate treatment.

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___20___ day of __November_____, 20_07__.

_Peslaure D. Parker Sr._____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



U.S.N.
X-RAY

INM: Deshaune D. Darling Sr.
SBI# 00 7896    UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570