IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAUNE DARLING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-683-GMS |
| | ) |
| CARL DANBERG, THOMAS CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICE, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Deshaune Darling, SBI #229896, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $9.01 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _November 28_, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _Dec. 11_, 2007.

_Deshaune D. Darling Sr._
Signature of Plaintiff

IM Deshayne D Darling Sr
SBI# 229696   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 DEC 2007 PM 3 L

Legal Mail

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570

19801435570