UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAUNE D. DARLING, ) | |
| ) | Case No. 007-683 GMS |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CARL DANBERG, THOMAS CARROLL, ) | |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| RICHARD P. DUSHUTTLE, M.D., and ) | |
| DEPUTY WARDEN DAVID PIERCE ) | |
| ) | |
| Defendants. ) | |

--------------------------------------------------------

### ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Service. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

    /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Service

Date: April 1, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 1st day of APril 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

>Deshaune Darling
>SBI# 229896
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977


             /s/ James E. Drnec
     James E. Drnec, Esquire (#3789)