IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Deshaune D. Darling,                    )
                                         )
         Plaintiff,                      )
                                         )
v.                                       )   Civil Action No. 07-683 GMS
                                         )
Correctional Medical Services,           )
Thomas Carroll, David Pierce,    et al.  )
                                         )   FILED
                                         )
                                         )   APR 11 2008
         Defendant.                      )
                                             U.S. DISTRICT COURT
                                             DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL

R-> scanned

Plaintiff Deshaune D. Darling pursuant to 28 U.S.C. § 1915, request this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

In deciding whether to appoint counsel for an indigent litigant, the District Court of Delaware articulated standards for evaluating a Motion for Appointment of Counsel filed by a *pro se* plaintiff See *Green v. FCM*, 430 F. Supp.2d 383, 387 n. 3 (D. Del. 2006) (citing *Tabron v. Grace*, 6 F.3d 147 (3rd Cir. 1993) and *Parhan v. Johnson*, 126 F.3d 454 (3rd Cir. 1997)). Initially, the Court must examine the merits of a plaintiff's claim to determine whether it has some arguable merit in fact and law. See *Parhan*, 126 F.3d at 457 (citing *Tabron*, 6 F.3d 157); accord *Maclin v. Freake*, 65 F.2d 885, 887 (7th Cir. 1981) (per curium) (cited with approval in *Tabron* and *Parhan*). Only if the Court is satisfied that the claim is factually and legally meritorious, should it then examine the following factors: (1) the plaintiff's ability to present his own case; (2) the complexity of the legal issues presented; (3) the extensiveness of the factual

investigation necessary to effectively litigate the case and the plaintiff's ability to pursue such an investigation; (4) the degree to which the case may turn on credibility determination; (5) whether the testimony of expert witness will be necessary; and (6) whether the plaintiff can attain and afford counsel on his own behalf.

In support of this motion, the plaintiff avers the following:

1. The plaintiff's does not have the ability to present his own case.

2. The plaintiff is unskilled in the law and the complexity of the legal issues presented in the complaint is beyond plaintiff's abilities to pursue an effective investigation.

3. The plaintiff avers that the case may turn on credibility determination.

4. The plaintiff avers that testimony of expert witnesses will be necessary.

5. The plaintiff can not attain and afford counsel on his own behalf.

6. Appointment of counsel would serve "the best interest of justice" in this case.

7. The plaintiff's allegations if proved, clearly would establish a constitutional violation because inadequate medical attention caused unnecessary and unwanton infliction of pain, which constitutes cruel and unusual punishment forebidden by the Eighth Amendment "Whitley v. Albers 475 U.S 312, 319. Furthermore the plaintiff claims that the facts and evidence of the case will prove that C.M.S. and prison officials failed to attend to his serious medical need consistent with human decency which demonstrated deliberate indifference Estelle v. Gamble '129 U.S. 97, 104

For the foregoing reasons, the plaintiff has provided the court with sufficient foundation for the court to appoint counsel in this case.

Dated: 4-9-08                    *Deshaune D. Darling*

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____, )
)
)
      Plaintiff, )
)
v. )   Civil Action No. _____
)
)
_____, et al. )
)
)
      Defendant. )

### O R D E R

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
200\_\_, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS HEREBY_____.

 

_____
United States District Court Judge

I/M Deshawn D. Darling
SBI# 229896   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570