IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Deshaune D. Darling           )
,                             )
        Plaintiff,            )
                              )
    v.                        )    Civil Action No. 07-683-GMS
Thomas Carroll, David Pierce, )
Correctional Medical Service, )
                              )
                              )
                              )
,                             )
        Defendant.            )

PLAINTIFF'S DISCOVERY

Plaintiff requests that the defendants Thomas Carroll, David Pierce, Correctional Medical Service, disclose all initial information and documents the defendants will use to support its defenses, and serve them upon plaintiff within 30 days pursuant to Fed. R. Civ. P. 26(a)(1)

1.  Diagnosis from Kent General Hospital Dated 4/4/2007 OR 4/5/2007.

2.  Diagnosis from both visit's to Dr. DuShuttle.

3.  DESHAUNE D. DARLING'S MEDICAL FILES FROM CORRECTIONAL MEDICAL SERVICE.

Submitted this 9 day of April, 2008

*Deshaune D. Darling*
DESHAUNE D. DARLING
Delawere Correctional Center
1181 Paddock road
Smyrna, DE 19977