# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Deshaune D. Darling                    )
                                       )
_____,               )
                                       )
        Petitioner,                    )
                                       )
        v.                             )        Civ. Act. No. 007-683 GMS
                                       )        Jury Trial Demanded
Thomas Carroll                         )
Correctional Medical Service           )
Deputy Warden David Pierce             )
                                       )        FILED
_____                )
                                       )        APR 18 2008
        Respondent.                    )
                                       )        U.S. DISTRICT COURT
                                                DISTRICT OF DELAWARE

        Response Motion to Defendants
        Motion to Dismiss
_____

Defendants Correctional Medical Services, Inc ("CMS")
filed a Motion to Dismiss Plaintiffs claim for
failure to file an affidavit of merit as
required by 18 Del.C. 6853 (a)(1). Under Delaware
law, healthcare negligence lawsuits cannot be
filed unless the complaint is accompanied by
an affidavit of merit signed by an expert
witness stating that there are reasonable
grounds to believe there has been healthcare
medical negligance, 18 Del.C. 6853 (a)(1). Defendant
argues that this court should dismiss

Plaintiffs' complaint because it was not accompanied by an affidavit of merit. However, this is a federal Court and Plaintiffs' claims under 42 U.S.C. 1983 are based on violations of the United States Constitutions. Consequently, 18 Del.C. 6853 (a)(1) does not apply to Plaintiffs' complaint. Plaintiff prays that the Court reject Defendants' Motion to Dismiss for failure to submit an affidavit of merit. (citing McCray v. First State Medical System 379 F. Supp. 2d Fn.(1)(D.Del.2005)

Dated: 4-16-08

Deshawn D. Darling Sr.

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Deshaune D. Darling                ,

_____ ,

Petitioner,

v.

Thomas Carroll
Correctional Medical Services
Deputy Warden David Pierce
_____
_____

Respondent.

Civ. Act. No. 007-683 GMS
Jury Trial Demanded

## ORDER

This _____ day of _____, 200__

_____

_____

_____

_____

_____

IT IS HEREBY ORDERED that _____

_____

_____

_____

_____
United States District Judge/Magistrate

## Certificate of Service

I, _Deshaune D. Darling_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Motion to Response to Defendents_

_Motion to Dismiss_ _____ upon the following

parties/person (s):

TO: _James E. Drnec, Esg._

_Balick & Balick_

_711 King St._

_Wilmington, DE, 19801_

_____

TO: _____

_____

_____

_____

TO: _____

_____

_____

_____

TO: _____

_____

_____

_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _16_ day of _April_ _____ ,200 _8_

_Deshaune D. Darling, Sr._

Legal Mail WILMINGTON DE 197

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570

I/M Deshawne D. Darling
SBI# 22789-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977