UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DESHAUNE D. DARLING,        )
                                  )    Case No. 007-683 GMS
            Plaintiff,     )    JURY TRIAL DEMANDED
     v.                    )
                                    )
CARL DANBERG, THOMAS CARROLL, )
CORRECTIONAL MEDICAL SERVICE,   )
RICHARD P.  DUSHUTTLE, M.D., and   )
DEPUTY WARDEN DAVID PIERCE    )
                                    )
          Defendants.     )

## DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.S' REPLY IN SUPPORT OF ITS MOTION TO DISMISS (D.I. 18)

Defendant Correctional Medical Services, Inc. ("CMS") by and through its undersigned counsel of record, filed its Motion to Dismiss claims for medical negligence made pursuant to Delaware state law.  (D.I. 18)  Plaintiff has responded by citing *McCray v. First State Medical Systems,* 379 F.Supp.2d 635, n.1 (D.Del. 2005) in support of his request that the Court "reject" CMS's Motion, claiming that he is not making any claims pursuant to State law. (D.I. 21)  Plaintiff's Complaint, however, uses terms such as "neglect" and "malpractice." (D.I. 2)

For purposes of a clear record, CMS respectfully requests entry of an order dismissing with prejudice all state law claims for medical negligence.

**BALICK & BALICK, LLC**

_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant CMS

Date:   April 21, 2008

## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 21st day of April 2008, the foregoing Defendant

Correctional Medical Services, Inc.'s Reply in Support of its Motion to Dismiss was filed via

CM/ECF and served First Class Mail upon the following:

> Deshaune Darling
> SBI# 229896
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977


> _____/s/ James E. Drnec_____
> James E. Drnec, Esquire (#3789)