UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAUNE D. DARLING, ) | |
| ) | Case No. 007-683 GMS |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CARL DANBERG, THOMAS CARROLL, ) | |
| CORRECTIONAL MEDICAL SERVICE, ) | |
| RICHARD P. DUSHUTTLE, M.D., and ) | |
| DEPUTY WARDEN DAVID PIERCE ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF RECORDS ONLY DEPOSITION**

TO:  DeShaune Darling
     SBI# 229896
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna DE 19977

PLEASE TAKE NOTICE that the undersigned attorney will take the records deposition of the below-listed physicians on *May 9, 2008 at 9:00 a.m*. at the office of Balick & Balick, LLC, 711 N. King St., Wilmington, DE 19801:

RICHARD DUSHUTTLE, M.D.
240 Beiser Blvd Ste 101
Richard P Dushuttle Md
Dover, DE 19904

Kent General Hospital
640 South State Street
Dover, DE 19901

**SUBPOENA DUCES TECUM:** Copies of all medical records pertaining to RUSSELL STEEDLEY.

**Note:** Personal appearance is waived if copies of the records are received in this office before May 9, 2008, the date of the deposition.

                              BALICK & BALICK, LLC

                                   /s/ James E. Drnec
                          James E. Drnec, Esquire (#3789)
                          711 King Street
                          Wilmington, Delaware 19801
                          302.658.4265
                          Attorneys for Defendants

Date:  April 21, 2008